**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**DEBORAH ANNA RODRIGUEZ**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| **DEBORAH ANNA RODRIGUEZ,** | No.   2:15-cv-00231-CKD |
| Plaintiff, | |
| | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **CAROLYN COLVIN, Acting Commissioner of Social Security,** | |
| Defendant. | |

　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to August 17, 2015.

　　This is the first extension, but the brief is already overdue.

[Pleading Title] - 1

Dated:  July 27, 2015                                                          /s/     *Jesse S. Kaplan*
                                                                                            JESSE S. KAPLAN
                                                                                            Attorney for Plaintiff


Dated:  July 27, 2015                                                           */s/ per e-mail authorization*

                                                                                            CHANTAL JENKINS
                                                                                            Special Assistant U.S. Attorney
                                                                                            Attorney for Defendant


ORDER


  For good cause shown, the requested extension of plaintiff's time to file a motion for summary judgment is extended to August 17, 2015.

  SO ORDERED.


Dated:  July 29, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2