1  BENJAMIN B. WAGNER
   United States Attorney
2  DEBORAH LEE STACHEL
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
4  SHARON LAHEY
   Special Assistant United States Attorney
5
6       160 Spear Street, Suite 800
        San Francisco, California  94105
7       Telephone: 415-977-8963
        Facsimile: 415-744-0134
8       E-mail: Sharon.Lahey@ssa.gov
9
10 Attorneys for DEFENDANT

11 **UNITED STATES DISTRICT COURT**

12 **EASTERN DISTRICT OF CALIFORNIA**

13 **SACRAMENTO DIVISION**

14 DEBORAH ANNA RODRIGUEZ,           )  Case No.: 2:15-cv-00231-CKD
                                     )
15         Plaintiff,                )  STIPULATION AND ~~PROPOSED~~ ORDER
                                     )  FOR EXTENSION OF TIME
16     vs.                           )
                                     )
17                                   )
   CAROLYN W. COLVIN,                )
18    Acting Commissioner of Social Security, )
                                     )
19         Defendant.                )

20     IT IS HEREBY STIPULATED, by and between the parties, through their respective

21 counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary

22 Judgment (Docket No. 14) (the "motion") be extended by fourteen (14) days, from October 16,

23 2015 to October 30, 2015.  This is Defendant's second request for an extension of time and the

24 third extension of time in the above-captioned matter.  Defendant requests this extension because

25 the attorney responsible for responding to Plaintiff's Motion for Summary Judgment recently

26 returned to the office from a lengthy unanticipated medical leave and requires additional time to

27 adequately address the issues Plaintiff raises in her motion.

28 / / /

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: October 15, 2015     /s/ *Jesse S. Kaplan**
JESSE S. KAPLAN
(*As authorized by e-mail on October 15, 2015)

Attorneys for Plaintiff

Dated: October 15, 2015     BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:     /s/  *Sharon Lahey*
SHARON LAHEY
Special Assistant United States Attorney

Attorneys for Defendant

### ORDER

IT IS HEREBY ORDERED, pursuant to stipulation, good cause appearing, that Defendant shall respond to Plaintiff's Motion for Summary Judgment on or before October 30, 2015. It is further ordered that any reply thereto shall be filed on or before November 19, 2015.

Dated: October 19, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE