**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**DEBORAH RODRIGUEZ**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| DEBORAH ANNA RODRIGUEZ, | No.   2:15-cv-00231-CKD |
| Plaintiff, | |
| | STIPULATION AND ORDER FOR EXTENSION OF PLAINTIFF'S TIME TO FILE REPLY BRIEF |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to December 11, 2015.

   This is a first extension, and is this long only because of Thanksgiving and a vacation of counsel.

[Pleading Title] - 1

Dated:  November 20, 2015                    /s/    *Jesse S. Kaplan*
                                             JESSE S. KAPLAN
                                             Attorney for Plaintiff


Dated: November 20, 2015                       */s/ per e-mail authorization*

                                             Marla Letellier o/b/o SHARON LAHEY
                                             Special Assistant U.S. Attorney
                                             Attorney for Defendant


## **ORDER**

　　　For good cause shown by this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to December 11, 2015.

　　　SO ORDERED.


Dated:  November 30, 2015

                                             _____
                                             CAROLYN K. DELANEY
                                             UNITED STATES MAGISTRATE JUDGE